*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 20-BG-130**

IN RE MICHAEL A. HANAMIRIAN

**2019 DDN 186**

An Inactive Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 422702**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED – July 30, 2020)

On consideration of the certified order from the state of Pennsylvania granting the joint petition for discipline and suspending respondent from the practice of law in that jurisdiction for a period of two years, all stayed contingent on respondent completing his one-year period of probation and complying with all conditions; this court's February 28, 2020, order directing him to show cause why reciprocal discipline should not be imposed; no response having been filed; and the statement of Disciplinary Counsel, it is

ORDERED that Michael A. Hanamirian is hereby suspended from the practice of law in the District of Columbia for a period of two years. Imposition of the suspension is stayed contingent on respondent complying with all probationary conditions and completing the one-year probation imposed by the state of Pennsylvania.

**PER CURIAM**